Cause No. D-1-GN-24-005004

| | | |
|---|---|---|
| THE NEIMAN MARCUS GROUP, LLC, | § | IN THE DISTRICT COURT OF THE |
| *Plaintiff,* | § | |
| | § | 200TH JUDICIAL DISTRICT OF |
| v. | § | |
| | § | |
| GLENN HEGAR, TEXAS | § | |
| COMPTROLLER OF PUBLIC ACCOUNTS, | § | |
| *Defendant.* | § | TRAVIS COUNTY, TEXAS |

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
9/8/2025 9:43:29 AM
CHRISTOPHER A. PRINE
Clerk

## ORDER DENYING DEFENDANT'S PLEA TO THE JURISDICTION

On July 2, 2025, the Court heard Defendant Glenn Hegar, Texas Comptroller of Public Accounts' Plea to the Jurisdiction. After considering the Plea, Plaintiff The Neiman Marcus Group, LLC's Response thereto, the pleadings on file, and the arguments of counsel, the Court is of the opinion that the motion should be DENIED in all respects.

It is therefore ORDERED that Defendant Glenn Hegar, Texas Comptroller of Public Accounts' Plea to the Jurisdiction is DENIED.

SIGNED on August 18, 2025.

_____
Jan Soifer, Judge Presiding

-1-